HHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 25 2008 aew
2-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

William H. Carr

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

#1 ( c/o Wiggins )

#2 ( c/o Sutton )

#3 ( Cook County Dept Corrections )

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV1175
JUDGE KENNELLY
MAG. JUDGE NOLAN

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: William Carr

   B. List all aliases: N/A

   C. Prisoner identification number: 2007-003-4970

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 089002 CHGO IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: #1 (C/O Wiggins)
      Title: Cook County Sheriff Deputy
      Place of Employment: Cook County Jail

   B. Defendant: #2 (C/O Sutton)
      Title: Cook County Sheriff Deputy
      Place of Employment: Cook County Jail

   C. Defendant: #3 Cook County Dept Corrections
      Title: Management / Administration
      Place of Employment: Cook County

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: _____
   _____

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
   _____
   _____
   _____

   D. List all defendants: _____
   _____
   _____
   _____

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

   F. Name of judge to whom case was assigned: _____
   _____

   G. Basic claim made: _____
   _____
   _____

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
   _____
   _____

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I state and stand by the claim that on August 21, 2007, at approximately 11:30 AM, while I was sitting atop of a railing in the Cook County Jail, Div 6; Tier 2K in the dayroom, I inadvertantly lost my balance and fell backwards and hit my head twice from an approximate fall of 10 feet. The tier was being manned by Defendant #1 (C/O Wiggins) and patrolled by defendant #2 (C/O Sutton) Both Defendants #1 and #2 saw it fit to tell me of the hazard of sitting on the railing, pursuant to the Illinois Administrative Regulations. Defendant #2 (C/O Sutton) observed me sitting directly atop of the railing when he entered Tier 2K, Defendant #2 (C/O Sutton) did not see cause to tell me of the hazard. Defendant #1 (C/O Wiggins) was manning the control desk and also viewed this occurance. Due to the negligence and blatant disregard on the part of Defendants #1 and #2, to adhere to all Illinois Administrative Regulations as well as to prevent unnecessary injuries to their detainees. Because of Defendants #1 and #2 dereliction of duty, as to this day I still

suffer from severe head pains, blackouts, neck and back pains. I Recieved medical treatment for my Injuries at Cermak Hospital. The Defendants #1 & #2 Placed me in even more danger, by having two other detainee's Hold my arms and walk me to the dispensary; where I was Strapped to a Board and then taken to Cermak Hospital. My Head and neck should have been secured. I Have Also been denied regular medical treatment for the pain that I Still Suffer from. Defendant #3 (CCDOC) Admitted negligence by responding to a grievance about the Situation, Stating that they would retify the problem by raising the railing 5 or 6 feet; to Prevent anyone else from becoming Injured. I feel that because of the willful neglect that I was treated with Deliberate Indifference by the Defendants. I state and stand By this Claim.

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Humbly request the Court to Issue an order declaring each defendant to pay $90,000.00 in Punitive damages and $95,000.00 each in Compensatory damages or whatever insurance Company that bonds them from willful neglect. To Pay the Sum total of $555,000.00 or whatever the Court feels is fair.

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☑ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __2__ day of __13__, 20__08__

_William H. Carr_
(Signature of plaintiff or plaintiffs)

_William H. Carr_
(Print name)

_2007-003-4970_
(I.D. Number)

_P.O. Box 089002_
_Chgo, Il. 60608_
(Address)

Part-A / Control #: X _____

Referred To: _____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: **Carr**    First Name: **William**

ID #: **2007-0034970**    Div.: **VI**    Living Unit: **2K**    Date: **9/3/07**

BRIEF SUMMARY OF THE COMPLAINT: On August 21, 2007, while sitting atop the railing; I inadvertently lost my balance and fell backwards while hitting my head twice in the approximate 10' feet fall! The tier was being manned by c/o Wiggins 7-3 shift, and was being patrolled by c/o Sutton 7-3 shift. Officer Wiggins had observed me sitting atop the railing for an extended period of time, and did not see cause to admonish me of the hazard of sitting atop the railing; pursuant to the Illinois Administrative Regulations. Officer Sutton observed me directly upon entering tier 2K, sitting atop the railing, and did not see cause to admonish me of the hazard of sitting atop the railing; pursuant to the Illinois Administrative Regulations. Due to the severity of my injuries sustained, and the traumatization I'm enduring; this inattention of signs of to serious injury, is a breach of duty owed to this detainee, and call for the ultimate sanction under Departmental Rules;

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
1) Norvell Meadows Detainee #20070039281, 2) Calvin Lomax #20060088529

ACTION THAT YOU ARE REQUESTING: 1) That c/o Wiggins, be permanently discharged of her duties as Cook County Correctional Officer
2) That c/o Sutton, be permanently discharged of his duties as a Cook County Correctional Officer

DETAINEE SIGNATURE: _____

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 9/14/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)