*MHL*

**PRISONER CASE**

R

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):** WILLIAM H. CARR

**Defendant(s):** C/O WIGGINS, et al.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**

William H. Carr
#2007-0034970
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Defendant's Attorney:**

KC **F I L E D**
2-26-2008
FEB 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1175
JUDGE KENNELLY
MAG. JUDGE NOLAN

**Basis of Jurisdiction:**

- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *a. E. Woodham*  **Date:** 02/25/2008

Kennelly
nolan        08 C 1174