MHW

08CV1175
JUDGE KENNELLY
MAG. JUDGE NOLAN

FILED
2-25-2008
FEB 2 5 2008  aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I'VE NO ACCESS to a copy machine please get me necessary copies needed for each defendant, judge plus clerk

Thank you very much

Charge me

William H. Carr
20070034970